THIS DOCUMENT IS **NOT** IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE 5.4
(Rule Number/Section)

___ FILED   ___ LODGED
___ RECEIVED  ___ COPY

SEP 13 2012

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

United States of America
In The United States Federal
District Court of Phoenix, Arizona
Phoenix, Arizona 85003

Arnold James Begay,
    Plaintiff
        vs.

Case No:

CV-12-01948-PHX-PGR(BSB)

United States President,
Barack Hussein Obama II,
    Defendent

NOW COMES the Plaintiff, Arnold James Begay in to The United States of America, In the United States Federal District Court of Phoenix, Arizona, at Phoenix Arizona 85003, that the Defendent, United States President Barack Hussein Obama II has violated the United States of America's Constitutions Articles, also the United State of America Constitutional Amendment all of them. The Defendent, has not shown his Natural Born Citizenship. The Defendent has said that he was born in United States of America at the State of Hawaii in Honolulu, but which Hospital was he born at.
    Also the Defendent has not show his vitals records, to the people. I, the Plaintiff, Arnold James Begay, would like to ask and moves a motion here on with the United States of

America, In The United States Federal District Court of Phoenix, Arizona, at Phoenix Arizona 85003, to get a "DNA" on the Defendent with Sedaum Hussein, Barack Hussein Obama, and also with Stanly Ana Durham for speculation. also with Osama Bin Laden, The Plaintiff would like to ask for a N.C.I.C. Rap Sheet, back ground Check, on the Defendent, United States President Barack Hussein Obama II, and place Defendent on a Flight rest.

The Defendent, United States President, Barack Hussein Obama II, has violated the United States of America's Constitution, Articles and the United States Constitutional Amendments on the 2nd day of January 2004 when he ran for the United States Senter, also on the 2nd day of January 2008 to August 26, 2012, running for the first term and second term for the United States of America's President Seat.

THERE FOR the Plaintiff askes the Honorable United States Federal District Court Judge in the United States of America, In The United States Federal District Court of Phoenix, Arizona, at Phoenix, Arizona 85003, for a Fast Speedy Trial by Jury, motion and place all Government, The House of Rep, and Congress, United States Supurm Court Judges, Form President George W. Bush and Billy Clinten and also United States Secretary of States, and "CNN" personal (all),

for hiding the United States President Barack Hussein Obama, II's, Natural Born Citizen for the United States of America, and has lic to the Natural Born Citizen of the United States of America.

I the Plaintiff, Arnold James Begay ask the United States District Court to have the United States President Barack Hussein Obama II and the First Lady Michelle Obama for their Court records where they were married.

The United States of America's Constitution and The United States of America Constitutional Amendments says they got to be born here in the United States of America's soil and has to be married here as well.

_Arnold James Begay_ #20078-051        8/26/2012
Signature.                              Date

Arnold James Begay #20078-051           8/26/2012
print name                              Date

Arnold James Bagay #20079-051
Name:
Number:
Low Security Correctional Institution
P.O. Box 999
Butner, NC 27509

RALEIGH NC 275
Research Triangle Region
11 SEP 2012 PM 6 L

District Court of the Clerk
United States Federal District Court
401 W. Washington St.
Phoenix, Arizona — 85003 —

RECEIVED
SEP 13 2012