IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arnold James Begay,<br><br>    Petitioner,<br><br>v.<br><br>Barack Hussein Obama, Jr,<br><br>    Respondent. | CASE NO:<br>CV−12−01948−PHX−PGR (BSB)<br><br>**NOTICE OF ASSIGNMENT** |

    On September 13, 2012, Petitioner filed a pro se Petition which has been assigned the case number listed above. This case has been assigned to District Court Judge Paul G Rosenblatt and has been referred to Magistrate Judge Bridget S Bade (PS) and the Court's Legal Staff. When any action is taken in this case, you will be notified by Court order.

                                            Brian D. Karth
                                            District Court Executive/Clerk

cc: Petitioner

| | |
|---|---|
| 1 | WARNING! |
| 2 | Failure to comply with the following rules will result in your document being STRICKEN |
| 3 | and/or your case being DISMISSED: |
| 4 | (1)   You must file a Notice of Change of Address if your address changes. |
| 5 | (2)   You must correctly label any further documents with the above assigned |
| 6 | caption and case numbers. LRCiv 7.1(a). |
| 7 | (3)   You must sign your name and date every document you file. FED. R. CIV. P. 11. |
| 8 | (4)   If applicable, you must provide an original and one copy of any document to |
| 9 | be filed. If you request a conformed copy, you must provide an original |
| 10 | and two (2) copies. LRCiv 5.4. This does not apply to prisoner e−filers. |
| 11 | (5)   If applicable, you must mail copies of every document you file to all respondents. |
| 12 | or their attorneys, FED. R. CIV. P. 5(a), and every document you file |
| 13 | must include a certificate stating the date a copy of the document was mailed |
| 14 | to respondents or their attorneys. This does not apply to prisoner e−filers. |