FILED ✓   LODGED
RECEIVED   COPY

SEP 24 2012

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ M. DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Arnold James Begay,
    Petitioner,

VS.

Barack Hussein Obama II,
    Respondent,

CASE NO:
CV-12-01948-PHX-PGR (BSB)

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE ___5r4___
(Rule Number/Section)

On September 17, 2012, the Petitioner had received the "Notice of Assignment". I the Petitioner, Arnold James Begay, have read and look through the Document, then I saw the Respondent's Barack Hussein Obama II; Last name "II" was put as "Jr."

So is this an "error" on the Last name on Barack Hussein Obama Jr. The Petitioner Arnold James Begay write it as Barack Hussein Obama II So I ask the court to keep as Barack Hussein Obama II.

The Petitioner, Arnold James Begay, will be transported to another prison some where in the west. So I ask the court to move me close to the court so I the Petitioner can be present for these court.

I did file this same case with the Navajo Nation, Arizona and New Mexico. I want the Document

to be all the same. This same case was file in Shiprock, New Mexico and Window Rock, Arizona.

Arnold James Begay #20079-051
Print Name

9/18/2012
Date

Arnold James Begay #20079-051
Signature

9/18/2012
Date