___ ✓ FILED        ___ LODGED
___ RECEIVED     ___ COPY

NOV 16 2012

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ M DEPUTY

In The United States
District Court for Arizona

Arnold James Begay,                  CASE NO: 2:12 CV 1948
        Petitioner,                       PGR -- BSB
    VS.

United States President,
Barack Hussien Obama II,
        Respondents.

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE _____5.4_____
              (Rule Number/Section)

Here comes, the Petitioner, Arnold James Begay,
into the United States District Court for Arizona,
in the United States District Court, Sandra Day
O'Connor, U.S. Court House, Suite 130,
401 W. Washington St., SPC-1, Phoenix,
Arizona 85003- 2118, to ask the United
States District Court Honorable District Judge,
and United States District Court Clerk, that
the Petitioner, Arnold James Begay has a
"SPECULATION" on the Respondents, United
States President, Barack Hussien Obama II. has
or using another name ("John Doe") with in
another foreign Country. Beside using United
States Persident Barack Hussien Obama II. So
I the Petitioner, Arnold James Begay asks the
United States District Court for Arizona to
investigated this here. Also the Petitioner,
Arnold James Begay has a "SPECULATION" that
the Respondent, United States Persident, Barack
Hussien Obama II is using Arabic Languages
and Foreign Languages, and call him with

another name "John Doe" at the Medical
Center within that foreign Country, beside
the Respondented sign-in with his
United States President's Name Barack
Hussien Obama II. Also the Respondented
can go by Barack Hussien Obama and
Osama Bin Laudan. So I the Petitioner,
Arnold James Begay, ask the United States
District Court to investigate this here.


Arnold James Begay,                    11/11/2012
    Print name:                        Date:


Arnold James Begay,                    11/11/2012
    Signature                          Date:



Arnold James Begay #20079-051
Federal Correctional Institution
P.O. Box 800
Herlong, Ca 96113

"LEGAL LETTER."

RECEIVED

NOV 16 2012

CLERK U S DISTRICT COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

85003+2130

United States District Court, Clerk
Sandra Day O'Connor, U.S. Courthouse Suite80
(Dean)
401 West Washington St., SPC-1
Phoenix, Arizona 85003-2118