CV-12-1948-PHX-PGR-BSB

```
FILED         ___ LODGED
RECEIVED  ___ COPY

    JAN 07 2013

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
```

January 14, 2013

TO: United States District Court Clerk and United States District, Honorable District Judge.

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICE AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE  5.4
(Rule Number/Section)

Re: Transporting and Personal Property.

    I Arnold James Begay #20079-051, would like to inform you, the United States District Court of Arizona, that I Arnold James Begay, 20079-051 will be getting Transported to another FCI-med High. They never told me where I was going.

    I Arnold James Begay #20079-051 was pack out to get Transported on Friday, December 28, 2012. Packing out is to get my personal property down to R&D.

    When I got here on Oct 12, 2012, in the Special Housing Unit. I did not received my personal property right the way. I got my personal property in Nov. of 2012 in the Special Housing Unit. I didnot get the whole property that was with me in LSCI-Butner, N.C.. The only thing I got was Bible-1, Dictionary-1, Postage Stamps-32, Shower Shoes, RCA Radio-1 w/ ears buds and batteries, VO5-Shampoo-1, soap box,

4 in a pack, tooth paste, Religious Medallion, headgear-bandanna, and one more 4 pack soap bars, also a bag of Kute coffee.

I did not received my Prescription Eye Glasses, and the rest of my personal property. When I was get pack out the officer told me I could not have these at the other prison. Also when I was looking at my personal property that I came with from LSCI - Butner, N.C. most of the things weren't there. So most of the personal property are lose. I don't know if the legal materials are lost to as well.

I did send a cop out to the Unit team about my Prescription Eye Glasses, and some legal material that I had with me. and also ask them about the Program-reported. So I would like to add this to the case on Arnold James Bayay vs. United States, 2:12-CV-2371-PGR-BSB.

So I ask the United States District Court of Arizona to have this Federal Correctional Institution-Herlong to replace every thing they have thrown away. I would like to ask for the

tapes that are in the Hurley Booking area, which is R&D.

I Arnold James Begay #20079-051 would like to ask the court to have my personal property to go with me on this transport. These case are there with in that court, and they are:

1) Arnold James Begay vs. Navajo Nation District Court
   3:12-CV-08234-PGR-BSB

2) Arnold James Begay vs. United States.
   2:12-CV-02371-PGR-BSB

3) Arnold James Begay vs President Barack Hussien Obama II
   2:12-CV-1948-PGR-BSB.

Arnold James Begay #20079-051          01/01/2013
Print Name.                            Date:

[signature] #20079-051                 01/01/2013
                                       Date:

Arnold James Begay #20079-051
Federal Correctional Institution
P.O. Box 860
Herlong, Ca 96113

JAN 07 2013

United States District Court Clerk
Sandra Day O'Connor U.S. Courthouse, Suite 130
401 W. Washington St., SPC-1
Phoenix, Arizona 85003-2118

RENO NV 895
02 JAN 2013 PM 2 T

" LEGAL LETTER "

85003+2130