MDR

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Arnold James Begay,                       )   No. CV 12-1948-PHX-PGR (BSB)
                                          )
           Plaintiff,                     )   **ORDER**
                                          )
vs.                                       )
                                          )
United States President Barack Hussein    )
Obama, II,                                )
                                          )
           Defendant.                     )
                                          )

## I.   Procedural History

On September 13, 2012, Plaintiff Arnold James Begay, who is confined in the Federal Correctional Institution-Herlong in Herlong, California, filed an untitled Document that appears to be a *pro se* Complaint. On September 24, 2012, Plaintiff filed an untitled Document regarding the caption and requesting that he be transferred closer to the Court. On October 12, 2012, Plaintiff filed a Letter notifying the Court, among other things, that he was confined in the Nevada Southern Detention Center.

In an October 23, 2012 Order, the Court noted that Plaintiff had not paid the $350.00 civil action filing fee or filed an Application to Proceed *In Forma Pauperis*. The Court gave Plaintiff 30 days to pay the fee or file a complete Application to Proceed *In Forma Pauperis*.

**JDDL**

The Clerk of Court mailed the Order to Plaintiff at the Nevada Southern Detention Center. On November 1, 2012, the Order was returned to the Court as undeliverable, with a notation that Plaintiff was "Not [an] NSDC Detainee."

On November 16, 2012, Plaintiff filed another untitled Document requesting that the Court investigate the Defendant. The Document was mailed to the Court in an envelope that lists Plaintiff's return address as the Federal Correctional Institution-Herlong.

The Court will direct the Clerk of Court to update Plaintiff's address to reflect that he is currently confined in the Federal Correctional Institution-Herlong and to send the October 23rd Order to Plaintiff at that address. The Court will give Plaintiff an additional 30 days to comply with the October 23rd Order.

**II.    Warnings**

**A.    Address Changes**

Plaintiff must file and serve a notice of a change of address in accordance with Rule 83.3(d) of the Local Rules of Civil Procedure. Plaintiff must not include a motion for other relief with a notice of change of address. Failure to comply may result in dismissal of this action.

**B.    Copies**

Plaintiff must submit an additional copy of every filing for use by the Court. See LRCiv 5.4. Failure to comply may result in the filing being stricken without further notice to Plaintiff.

**C.    Possible Dismissal**

If Plaintiff fails to timely comply with every provision of the October 23rd Order or this Order, including these warnings, the Court may dismiss this action without further notice. See Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (a district court may dismiss an action for failure to comply with any order of the Court).

**IT IS ORDERED:**

(1)    The Clerk of Court must **update** the docket to reflect that Plaintiff is currently confined in the Federal Correctional Institution-Herlong.

1      (2)    The Clerk of Court must **mail** a copy of the Court's October 23, 2012 Order (Doc. 5) to Plaintiff at the Federal Correctional Institution-Herlong.

    (3)    Within 30 days of the date this Order is filed, Plaintiff must either pay the $350.00 filing fee **or** file a complete Application to Proceed *In Forma Pauperis* and a certified six-month trust account statement.

    (4)    If Plaintiff fails to either pay the $350.00 filing fee or file a complete Application to Proceed *In Forma Pauperis* within 30 days, the Clerk of Court must enter a judgment of dismissal of this action without prejudice and without further notice to Plaintiff.

    (5)    The Clerk of Court must mail Plaintiff a court-approved form for filing an Application to Proceed *In Forma Pauperis* (Non-Habeas).

DATED this 22nd day of January, 2013.

Paul G. Rosenblatt
United States District Judge

### Instructions for Prisoners Applying for Leave to Proceed *in Forma Pauperis* Pursuant to 28 U.S.C. § 1915 in a Civil Action (Non-habeas) in Federal Court

You must pay the full filing fee of $350.00 for a civil action. If you later file an appeal, you will be obligated to pay the $455.00 filing fee for the appeal.

If you have enough money to pay the full filing fee, you should send a cashier's check or money order payable to the Clerk of the Court with your complaint, petition, or notice of appeal.

If you do not have enough money to pay the full filing fee, you can file the action without prepaying the filing fee. However, the court will assess an initial partial filing fee. The initial partial filing fee will be the greater of 20% of the average monthly deposits or 20% of the average monthly balance in your prison or jail account for the six months immediately preceding the filing of the lawsuit. The court will order the agency that has custody of you to withdraw the initial partial filing fee from your prison or jail account as soon as funds are available and to forward the money to the court.

After the initial partial filing fee has been paid, you will owe the balance of the filing fee. Until the filing fee is paid in full, each month you will owe 20% of your preceding month's income. The agency that holds you in custody will collect that money and forward it to the court any time the amount in your account exceeds $10.00. The balance of the filing fee may be collected even if the action is later dismissed, summary judgment is granted against you, or you fail to prevail at trial.

To file an action without prepaying the filing fee, and to proceed with an action *in forma pauperis*, you must complete the attached form and return it to the court with your complaint. You must have a prison or jail official complete the certificate on the bottom of the form and attach a certified copy of your prison or jail account statement for the last six months. If you were incarcerated in a different institution during any part of the past six months, you must attach a certificate and a certified copy of your account statement from each institution at which you were confined. If you submit an incomplete form or do not submit a prison or jail account statement with the form, your request to proceed *in forma pauperis* will be denied.

Even if some or all of the filing fee has been paid, the court is required to dismiss your action if: (1) your allegation of poverty is untrue; (2) the action is frivolous or malicious; (3) your complaint does not state a claim upon which relief can be granted; or (4) your complaint makes a claim against a defendant for money damages and that defendant is immune from liability for money damages.

If you file more than three actions or appeals which are dismissed as frivolous or malicious or for failure to state a claim on which relief can be granted, you will be prohibited from filing any other action *in forma pauperis* unless you are in imminent danger of serious physical injury.

Revised 4/9/06

_____
Name and Prisoner/Booking Number

_____
Place of Confinement

_____
Mailing Address

_____
City, State, Zip Code

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

_____,    )
                        Plaintiff,   ) CASE NO. _____
                                     )
              vs.                    )
                                     )   APPLICATION TO PROCEED
                                     )   *IN FORMA PAUPERIS*
_____,    )        BY A PRISONER
                        Defendant(s).)     CIVIL (NON-HABEAS)
                                     )

I, _____, declare, in support of my request to proceed in the above entitled case without prepayment of fees under 28 U.S.C. § 1915, that I am unable to pay the fees for these proceedings or to give security therefor and that I believe I am entitled to relief.

In support of this application, I answer the following questions under penalty of perjury:

1. Have you ever before brought an action or appeal in a federal court while you were incarcerated or detained?  ☐Yes  ☐No  If "Yes," how many have you filed? _____.
Were any of the actions or appeals dismissed because they were frivolous, malicious, or failed to state a claim upon which relief may be granted?  ☐Yes  ☐No  If "Yes," how many of them? _____.

2. Are you currently employed at the institution where you are confined?  ☐Yes  ☐No
If "Yes," state the amount of your pay and where you work. _____
_____

3. Do you receive any other payments from the institution where you are confined?  ☐Yes  ☐No
If "Yes," state the source and amount of the payments. _____
_____

Revised 4/9/06                                1

4.   Do you have any other sources of income, savings, or assets either inside or outside of the institution where you are confined?    ☐Yes    ☐No
     If "Yes," state the sources and amounts of the income, savings, or assets. _____
     _____
     _____

     I declare under penalty of perjury that the above information is true and correct.

     _____                          _____
           DATE                                           SIGNATURE OF APPLICANT

## CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

     I, _____, hereby consent to having the designated correctional officials at this institution release to the Court my trust account information. I further consent to having the designated correctional officials at this institution withdraw from my trust account the funds required to comply with the order of this Court for the payment of filing fees in accordance with 28 U.S.C. § 1915(b).
     My consent includes withdrawal from my account by correctional officials of partial initial payments to this Court equal to 20% of the greater of:
          (A)  the average monthly deposits to my account for the six-month period preceding my filing of this action, or
          (B)  the average monthly balance in my account for the six-month period preceding my filing of this action.
     My consent also includes monthly withdrawals from my account by correctional officials of an amount equal to 20% of each month's income. Whenever the amount in my account reaches $10.00, correctional officials will withdraw that amount and forward it to the Court until the required filing fee is paid in full. I understand that I am liable for paying the entire fee, even if my case is dismissed by the Court before the fee is fully paid.

     _____                          _____
           DATE                                           SIGNATURE OF APPLICANT

## CERTIFICATE OF CORRECTIONAL OFFICIAL
## AS TO STATUS OF APPLICANT'S TRUST ACCOUNT

     I, _____, certify that as of the date applicant signed this application:
              (Printed name of official)
     The applicant's trust account balance at this institution is:                  $_____
     The applicant's average monthly deposits during the prior six months is:       $_____
     The applicant's average monthly balance during the prior six months is:        $_____
     The attached certified account statement accurately reflects the status of the applicant's account.

     _____
     DATE        AUTHORIZED SIGNATURE        TITLE/ID NUMBER            INSTITUTION

Revised 4/9/06                                   2