# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Arnold James Begay, | ) | **JUDGMENT OF DISMISSAL** |
| | ) | **IN A CIVIL CASE** |
| Petitioner, | ) | |
| | ) | CV-12-1948-PHX-PGR |
| v. | ) | |
| | ) | |
| Barack Hussein Obama, Jr., | ) | |
| | ) | |
| Respondent(s). | ) | |

\_\_\_   Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  X    Decision by Court. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order dated January 23, 2013, judgment of dismissal is entered. Petitioner to take nothing, and complaint and action are dismissed without prejudice.

BRIAN D. KARTH
District Court Executive/Clerk

March 18, 2013

s/L.Figueroa
By: Deputy Clerk

cc: (all counsel)