Case 2:12-cv-01948-PGR--BSB   Document 13   Filed 05/06/13   Page 1 of 2

FILED ___ LODGED
___ RECEIVED ___ COPY

MAY 0 6 2013

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

In The United States District Court
For The District of Arizona

Arnold James Begay,                Case No:
        Petitioner,                CV-12-01948-PHX-PGA
                                            (BSB)
        vs.

United States President,
Barack Hussein Obama II,
        Respondent,

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE LRCvR54.7.1(b)(X)
(Rule Number/Section)

   Comes now Arnold James Begay in to the United States District Court for the District of Arizona, to inform you on some Document that was file with the Navajo Nation Judicial District Court, for the District of Window Rock, Arizona. The case file name is Arnold James Begay, vs United States President, Barack Hussein Obama II. (18 USCS § 1152 and § 1153;), (Laws Governing and Offenses Committed within Indian Country), And Violated 25 USCS Indian, "Constitution Right of Indian, and United States Constitutions. I Arnold James Begay have ask the Navajo Nation Judicial District Court for the District of Window Rock, Arizona, to get a Protection Order turn out for us, The United State of America back in 2012. Why? Because, when the United States President, Barack Hussein Obama II gets his Grand

Jury Indictment from the United States District Court for the District of Arizona and from the Navajo Nation Judicial District Court for the District of Shiprock, New Mexico and Window Rock, Arizona, President Barack Hussein Obama II might get angry and threaten the United States of America some how.

There for I Arnold James Begay do have a speculation on the United States President Barack Hussein Obama II and Barack Hussein Obama, the father of President Barack Hussein Obama II, also the United States Vice President Joe Biden for Bombing Terrorist Attack on Boston Marathon, on the United States of America soil.

_Arnold James Begay, #20079-051_   _May 1, 2013_
Name print                                Date:

_Arnold James Begay #20079-051_   _5/01/2013_
Petitioner signature                      Date: