MDR

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arnold James Begay, | No. CV 12-1948-PHX-PGR (BSB) |
| Plaintiff, | |
| vs. | **ORDER** |
| United States President Barack Hussein Obama, II,, | |
| Defendant. | |

On May 6, 2013, Plaintiff Arnold James Begay, who is confined in the Federal Correctional Institution-Marianna in Marianna, Florida, filed an untitled Document (Doc. 13) in which he seeks to inform the Court about a document he filed in the Window Rock Judicial District of the Navajo Nation and his "speculation."  Plaintiff's Document is informational and does not request or require any action by the Court.  Thus,

**IT IS ORDERED** that the Court will take **no action** on Plaintiff's May 6, 2013 Document (Doc. 13).

Dated this 11th day of May, 2013.

Paul G. Rosenblatt
United States District Judge