LODGED ___ RECEIVED ___ COPY
JUN 0 6 2013
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

In The United States District Court
For The District of Arizona

Arnold James Begay,            Case No: CV 12-1948-PHX-PGR-(BSB)
  Plaintiff,
   vs.                          Motion For:
                                Federal Rule of Civil
United States President,        Procedure; Title V
Barack Hussein Obama II,        Disclosures and Discovery
  Defendant,                    "Rule 35" and "Rule 36"

    Have comes, Arnold James Begay, Plaintiff, pro se, who respectfully filing this motion for Federal Rule of Civil Procedure, Title V. Disclosures and Discovery, Rule 35; Physical and Mental Examination (a),(1),(2),;(b),(1),(2),(3),(4),(5), and (6); Rule 36 Requests of Admission (a),(1)(A),(B); on the Defendant, United States President Barack Hussein Obama II also know as President Barack Obama, also on his father Barack Hussein Obama.
    Also the Plaintiff, moves this court for a 18 USCS § 3297; Cases involving DNA evidence; 18 USCS § 3600 DNA Testing on the Defendant, United States President Barack Hussein Obama II, also know as President Barack Obama, with his father Barack Hussein Obama and his mother Standly Ana Dunham, To see if his the son of these to. I the Plaintiff, Arnold James Begay, would like to ask the United States District Court for the District of Arizona, to use the same Rule 35 and Rule 36 to match this with Saddam Hussein and Osama bin Laden the

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE LRCvP 5.4 7.1(b)(a)
(Rule Number/Section)

al-Queda Taliban, to see if they are related.

I the plaintiff, Arnold James Begay, would like to move this on the Defendant, United State President Barack Hussein Obama II, (a.k.a.) President Barack Obama, 18 USCS § 3142 Release or detention of a defendant pending trial. The plaintiff; neither offered additional evidence to show that defendant is a "Flight Risk" or danger to United States of America and to other country that the United States of America has relationship through NATO community that would require addition of electronic monitoring or curfew to his conditions of Home confindment/release; nor had the plaintiff requested hearing to make such showing, asking this through the remanded and United States Federal Magistrates District Court and United States Federal Circuit Courts.

The Defendant, United States President Barack Hussein Obama II, (a.k.a) President Barack Obama is a "Flight Risk" due to close family with al-Quidy including brothers and fathers who are fugitive from Justice.

Arnold James Begay #20079-051         6/02/2013
   Print Name:                        Date:

Arnold James Begay #20079-051         6/02/2013
   Signature:                         Date: