FILED ☑   LODGED ___
RECEIVED ___ COPY ___
JUN 0 6 2013
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

In The United States District Court
For The District of Arizona.

Arnold James Begay,           Case No: CV12-01948-PHX-PGR-(BSB)
   Plaintiff,
vs.                           Motion For: Federal Rule of
                              Criminal Procedure Rule 9;
United States President,      Release in a Criminal Case
Barack Hussein Obama II       Title 18 USCS § 2265 "Full Faith
   Defendant,                 and Credit given to Protection Orders.
                              18 USCS § 2266 "Definitions."

Now comes, the Plaintiff, Arnold James Begay, pro se, in the United States District Court For The District of Arizona. The Plaintiff respectfully filing this motion for: Federal Rule of Criminal Procedure; "Rule 9" Release in a Criminal Case; Title 18 Crimes and Criminal Procedure; Part I. Crimes; Chapter 110A. Domestic Violence and Stalking; (18 USCS § 2265 Full Faith and Credit given to Protection Orders;

   a). Full Faith and Credit (b)
   b). Protection Order (1), (2)
   c). Cross or Counter petition (1), (2)
   d.) Notification and Registration (1), (2), (3)
   e.) Tribal Court Jurisdiction

and also 18 USCS § 2266 Definitions, against the Defendant, United States President Barack Hussein Obama II (a.k.a.) President Barack Obama, States of Arizona, Maricopa County District Court, Clerks, Judges, Maricopa County District Atty Bill Montgomery, Prosecutor Juan Martinez, The 12 Jurys and The New 12 Jury for Jodi Arias trials, and Travis Alexander's families.

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE LRCIV P 5.4 7.1(a)(c)
(Rule Number/Section)

This Full Faith and Credit given to Protection Order, and 18 USCS § 2266 Definitions is for the Defendant Jodi Arias, that is in court at the Maricopa County District Court at Phoenix, Arizona. So I the Plaintiff, Arnold James Begay, ask the United States District court For the District of Arizona at the Sandra Day O'Connor, Courthouse Suite 130, 401 W. Washington st., SPC-1, Phoenix, Arizona 85003-2118 not to give Jodi Arias the Defendant, a Death Penalty or Life in Prison. Because the Defendant Jodi Arias was harass and threaten with getting Death Penalty and get Life in Prison.

Therefore the plaintiff will ask the United States District Court For the District of Arizona, and Clerk, Honorable District Judges, and the Staff Atty; for a Full Physical and Mental Examination "Rule 35" of the Federal Rule of Procedure.

   (a) Order for an Examination (1), (2)
   (b) Examiner's Report (1), (2), (3), (4), (5) and (6) with the FBI and CIA forensic on the body of Travis Alexander's. For any Drugs that he use the night before he die, and the uses of an alcohol as well, also the Bullet that was found on Travis Alexander's Body, to see if it matches the Bullet that was found in the house. The Caliber hand gun that was stolen from Jodi Arias Grandfather's house. Also to see if Jodi Arias can shoot a Caliber hand gun with one hand. Can she do this type of a murder by herself. with out been on Drugs or Drinking hard liquor, on that day of the murder.

Therefore the plaintiff Arnold James Begay asks this through the United States District Court For the District of Arizona, in to the Maricopa County District Court For the District of Phoenix, Arizona, ON this 2nd day of June 2013 to do these Examination.

Send a copy of the Examination and the forensic to Jodi Arias' Atty and some to the Prosecutor, and one to Jodi Arias.

Arnold James Begay #20079-051        6/02/2013
    Print Name.                       Date:

Arnold James Begay #20079-051        6/02/2013
    Signature Name.                   Date.