FILED ___ LODGED
___ RECEIVED ___ COPY

JUN 20 2013

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

In The United States District Court
For The District of Arizona

Arnold James Begay
　Plaintiff,

vs.

United States President
Barack Hussein Obama II
　Defendant,

Case N°: CV12-1948-PHX-PGA (BSB)

Motion For: Federal Rules of Civil Procedure; Federal Rules of Evidence Articles 1. General Provisions Rule 106 Remainder of or Related writing or Recorded Statements. Articles X. Rule 1001 to 1008 Contents of writing, Recording & Photographs

　　Here comes now, the Plaintiff, Arnold James Begay, pro se, respectfully files this motions under these Federal Rules of Civil Procedures and Federal Rule of Evidence Rule; of Civil Article 1. General Provisions; Rule 103 Ruling on Evidence; Rule 106 Remainder of writing or Recorded Statement, that are within the United States Supreme Court Bldg at Washington, D.C, 20543, CNN Headquarters in Atlant Georgia under Wolf Blitzer, Navajo Nation Judicial District Courts for the District of Window Rock, Arizona and Shiprock, New Mexico, also within the United States Post Office, Buttner, N.C. USA Today Newspaper, McClatchy Co, Sacramento, Ca, and around the world. All these writing are about the Defendant, President Barack Hussein Obama II (aka) President Barack Obama.
　　The Plaintiff, Arnold James Begay will also moves a Motion with a Federal Rule of Evidence; Article X. Contents of writings, Recording and Photographs, Rule 1001 through

Rule 1008; Rule 103 Ruling on Evidence (C) Courts Statement about the Ruling that was made on Arnold James Begay vs. United States President Barack Hussein Obama II (aka) President Barack Obama, that the United States District Court, did not took "NO ACTION" on the Plaintiff's Document (Doc 13), that was file May 6, 2013.

    Now the Plaintiff, Arnold James Begay, pro se, who respectfully files this motion Federal Rule of Evidence on the Document (Doc 13) with a Rule 103 and Rule 106, with a 18 USCS § 3143 Releases or detention of a defendants, pending sentence or appeal; 1. In General; 7) Flight Risk; and a Federal Rule of Civil Procedure Title II. Commencing an Action; Service of process, Pleading, motion, and Orders; Rule 3 Commencing an Action; also with a Rule 4(i) Serving the United States and Its Agencies, Corporations, officers, or Employees, and Rule 9 Release in a Criminal Case; Rule 8 (C); and Rule 38. With this the plaintiff will ask the United States District Court For the District of Arizona to get all the Via Cameras(s), tapes from the ESPN Sports Station on Boston Morathen Bombing, and ask the FBI, CIA U.S. Marshall, and Detective to Investigate these tapes and all telephone calls that the Defendant, United States President Barack Hussein Obama II (aka) President Barack Obama, made and in coming calls. "All Telephones Calls" with a "Rule 103 Ruling on Evidence."

    The President of the United States of America the Defendant Barack Hussein Obama II (aka) Barack Obama and the Vice President Joe Biden

and the First Lady, also their Kids, "when did they left the Boston Marathon?" Where were they at, at the Boston Marathon, were they at the Starting line at the Boston Marathon race (or) at the Finishing line where the Bomb went off? When did they left before or after the Bomb went off? Under the Federal Rule of Evidence, Rule 103 Ruling on Evidence and Rule 79 Records Kept by the clerk (c). Indexes; Calendars (1), (2), (d) Other Records when they left the White house at what time, and come back in to the Whitehouse. I Suspension of Rule with Vice President Joe Biden and GOP Gov Chris Christie at their where about on Boston Marathon Bombing. The Plaintiff, would like to move this into The United States District Court, United States Supreme Court and in to the United States Federal Circuits Courts with their Federal Ruleing, to get a Court order to get the FBI, CIA, U.S. Federal Marshall and Private detective to investigated these areas.

The plaintiff have seen something like this that is on the USA Today Newspaper. The USA Today Newspaper date is May 29, 2013 page 2A, Wednesday Newspapers. Why did the GOP GOV Chris Christie shave his hair from his head. The photograph that is on page 2A of May 29, 2013, USA Today, Newspaper is similar person that the Plaintiff have seen on ESPN Live News on "Boston Marathon Bombing." The Plaintiff have seen a Big dude with a Big Jacket that look as Big as GOP GOV Chris Christie or Joe Biden walking first, after him a person

that is skin like President Barack Hussein Obama II (aka) President Barack Obama, and a skin woman standing in the back ground of the President Barack Hussein Obama II (aka) President Barack Obama. The woman had a white cover over her head with a sunglass over her eyes. She was wearing a long Black Jacket that went down to her Knee. Also the Plaintiff will ask the District court, "why is CNN does not show everything live, but the end up showing something repeat that does not show nothing, and it repeat itself on an area "over and over". Is "CNN" hiding something from the people of the United States of America. The CNN that is in Washington D.C. is lying about something, that their not telling the people here in the United States of America. So the plaintiff ask for the FBI and CIA forensic with a via camera with them all the time for this investigation, and Federal Rule of Evidence Rule 103. The Plaintiff wants a via camera with the FBI and CIA while they search and seizures 18 USCS chapter 205 with a Rule 402 General Admissibility of Relevant Evidence and Constitution of the United States Amendment 4 Unreasonable searches and Seizures.

The Plaintiff Arnold James Begay will move on Federal Rule of Evidence Rule 803 Ruling on Evidence with the Defendants; United States President Barack Hussein Obama II, (aka) President Barack Obama about his certificate of Live Birth. The Defendants's father is from Kenya, Africa, and the Defendants mother is

from Kansas from the United States of America. That means, ~~the Obm~~ the Defendant, United States President Barack Hussein Obama II (aka) President Barack Obama is just a Citizens of the United States of America (Title 8 Aliens and Nationality; Chapter 12 ~~Immigration~~ and Nationality; Naturalization Nationality at Birth and Collective Naturalization §1401 Nationals and Citizens of the United States of America, at birth (a)(b)(c)(d)(e)(f)(g) and (h).)

So the plaintiff, Arnold James Beney ask the United States District Court for the District of Arizona, to have the Defendant, United States President Barack Hussein Obama II (aka) President Barack Obama; "Shall not have power to enforce this Articles and to discharge the power ~~to en~~ or duties of his office. (United States Constitution Amendments 25, Presidential disability and succession (1)(2)(3) and (4) and the Law on Succession to the Presidency. The Defendants did not have the "Qualification" on the United States Constitutions Article II, and the United States Constitution Amendments 14, ~~Ch~~ Citizenship right not to be abridged (1)(2)(3)(4) and (5). Also on the Constitution of District of Columbia and Articles. The Plaintiff will ask the District Court to let this apply to the whole "Democratic in the House of Congress (Senates), the House of Representative and the U.S. Secretary of States, that are on the Capital hill and not to push any laws or sign and Bills, and to do any Negotiation with any Country around the world from the Capital Hill, white House, and Pentagon (or) any person in

to any country in person. Until this is settle in the United States District Court, United States Supreme Court and United States Federal Circuits courts on the Defendant; United States President Barack Hussein Obama II (aka) U.S. President Barack Obama. Also his father Barack Hussein Obama.

Therefore the Plaintiff, Arnold James Begay pro se, in to the United States District Court to go back to the former President George H.W. Bush and the Bills, Laws, and policies that was pass within the former President George H.W. Bush's Administration. Why there was impeachment happen with the 42th president "a Democrat" William Jefferson (Bill) Clinton. This United States former President Bill Clinton should have continue with his presidenties. So we the people of the United States of America, have to stay with the former U.S. president to go George H.W. Bush. Any Law and Bills that were within the Former President Bill Clinton's Administration and George W Bush and United States Barack Hussein Obama II (aka) Barack Hussein Obama and Barack Obama. his father are Barack Obama as well. have to come off that were sign by them. That is in the United State Constitutional Articles and Amendments.

_Arnold James Begay_  #20079-051           6/16/2013
print Name                                   Date:

_Arnold James Begay_  #20079-051           6/16/2013
plaintiff Signer                             Date: