LODGED ___ RECEIVED ___ COPY
JUN 20 2013
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

In The United States District Court
For The District of Arizona

Arnold James Begay          Case No: CV12-1948-PHX-PGR (BSB)
  Plaintiff,

  vs.                       Motion For: Federal Rules of Civil
                            Procedure; Federal Rules of
United States President     Evidence; Article I. General
Barack Hussein Obama II     Provisions; Rule 106, Rule 103.
  Defendant,                Title II, Rule 3; Amendment 4.
                            Rule 9; Rule 38 (FRCP) Rule 401,402

   The Plaintiff, Arnold James Begay, pro se, Order a court order with a Federal Rules of Civil Procedure and Federal Rules of Evidence with those Federal Rules; Federal Rules of Evidence; Rule 103 Ruling on Evidence, Rule 106 Remainder of or Related writings or Recorded Statement; Rule 3 Commencing on Action, Rule 9 Release in a Criminal Case, Rule 38 of the Federal Rules of Criminal Procedure governs a stay in a criminal case; Article IV. Relevance and its Limits; Rule 401 Test for Relevant Evidence, Rule 402 General Admissibility of Relevant Evidence; into the United States District Court For The District of Arizona, on the Defendant, United States President Barack Hussein Obama II (aka) President Barack Obama.
   On his where about on September 11, 2001? Was the Defendant at the Capital Hill in Washington D.C. or in Springfield or Chicago, Illinois, as been a Senate Senate or a Senator, like the Defendant, said that he was in 1996 to 2009. The Defendant, United States President, Barack Hussein Obama II (aka) President Barack Obama was elected as a Congress (Senate

or Senator) for the state of Illinois. The Defendant, started his term in 2005 and end in 2011. So why was the Defendant, President Barack Obama (aka) President Barack Hussein Obama II was not with the 107th congress, that the Defendant said that he was elected in 1996 for senate or Senator. The Plaintiff, Arnold James Begay, pro se, and moves this court with a Federal Rules of Civil Procedure and Federal Rule of Evidence, Rule 103.

Now the Plaintiff, Arnold James Begay, pro se, with a Federal Rules of Civil Procedures; Title V. Disclosures and Discovery, Rule 35 Physical and Mental Examination on the Defendant, United States President Barack Hussein Obama II (aka) President Barack Obama, to see if his capable and have ability to to make Bombs. ( Amendment 6 Case Annotations IX Right to Assistance of Counsel for Defense - Gathering Physical Evidence, with a Rule 3 Commencing on Action and with a Rule 103 Ruling on Evidence) also Title 18 crimes and Criminal Procedure; Part II Criminal Procedure Chapter 205 Searches and seizures; § 3118 Implied consent for certain test (a)(b), for Rule 103 Ruling on Evidence) also on his father Barack Hussein Obama (aka) Barack Obama The Plaintiff, ask the United States District Court For the District of Arizona, United States Supreme Court and United States Federal circuit court (9th and 10th) to have the FBI and CIA and U.S. Marshall to get all information and the forensic on the Investigation and with a camera recording on top of them while they do the Searches and seizures all information at come from the White House, state capital, capital Hill,

with telephone calls, computer, cellator phone and check all transmitter that are within the United States of America. and Geographical and hand signal through the Television and check all visual communication Boxes. with the computer. and all over the world. Check all Airport ~~works~~ when does the Government Plane take off. All Government plane and Jets. Why did the United States President plane left from the JFK Airport at 7:30 A.m to Florida?

Arnold James Bryant #20079-051                             Date: 6/16/2013
    Print Name                                                   Date:

Arnold James Bryant #20079-051                             6/16/2013
    Signature name.                                              Date: